UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ANGELA WAHAB, on behalf of herself and all others similarly situated,

                            Plaintiff,

-against-

MILLAN ENTERPRISES LLC,

                            Defendant.
-----------------------------------------------------------------------X

Civil Action No. 1:24-cv-00001-JMF-OTW

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties herein that the above-entitled action, having been settled, hereby is discontinued with prejudice and without costs to any party and that this stipulation may be filed without further notice with the Clerk of the Court. This Stipulation may be executed in counterparts.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that a telefax and/or copy of this stipulation shall have the same force and effect as the original and that the stipulation may be signed in counterparts.

Dated: Farmingdale, New York
        May 1 , 2024

_/s/ Mark Rozenberg_

**STEIN SAKS, PLLC**
By: Mark Rozenberg, Esq.
*Attorneys for Plaintiff*
One University Plaza, Suite 620
Hackensack, NJ 07601

_/s/ Rondiene E. Novitz_

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**
By: Rondiene E. Novitz, Esq.
*Attorneys for Defendant*
341 Conklin Street
Farmingdale, NY 11735
T: 516.586.8513
File No. 70027.034
Email: rnovitz@cmlawfirm.com

SO ORDERED.
_/s/_
May 2, 2024